## Marie Greene, Appellant, v. Walgreen Company, Appellee.

**Gen. No. 41,855.**

opinion filed December 9, 1942; rehearing denied January 15, 1943. Thomas C. Hollywood and Lloyd T. Bailey, for appellant; Joseph W. Bailey, of counsel; Lord, Bissell & Kadyk, for appellee; Bruce S. Parkhill, of counsel. Opinion by JUSTICE KILEY. ''Not to be published in full.''